UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNDARIUS SMITH,<br><br>Defendant.<br>_____/ | Case: 2:25-cr-20687<br>Assigned To : Hood, Denise Page<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 9/16/2025<br>Description: IND USA V SMITH (MRS)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about August 1, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Shawndarius Smith, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Ruger, SRC9, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATIONS**

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense charged in Count One of this Indictment, Defendant Shawndarius Smith shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm involved in or used in any knowing violation of said offense, including but not limited to: one Ruger, SRC9, 9mm pistol.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON Jr.
United States Attorney

*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes Unit

*s/Barbara Lanning*
Barbara Lanning
Assistant United States Attorney

Dated: September 16, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:25-cr-20687<br>Assigned To : Hood, Denise Page<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 9/16/2025<br>Description: IND USA V SMITH (MRS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/B.L.* |

Case Title: USA v. Shawndarius Smith

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint - Case No. 25-MJ-30489

**Superseding Case Information**

Superseding to Case No: _____  Judge: _____

Reason: 

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

September 16, 2025
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.Lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.